UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HUONG NUYEN and NAM PHAM,

    Plaintiffs,

v.                                          Case No.: 6:23-cv-1051-WWB-UAM

NATIONAL SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

The Court has been advised by Plaintiffs' Notice of Settlement that the above-styled action has been completely settled. (Doc. 34 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on March 17, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record

2